CLERK, U.S. DISTRICT COURT

October 13, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

L-NUTRA, INC.,

Plaintiff,

v.

PREVAIL SOLUTIONS, LLC,

Defendant.

Case No. 2:21-cv-04564-SB-KK

**FINAL JUDGMENT**

For the reasons set forth in the separate Order Granting Defendant's Motion to Dismiss entered this day, it is

ORDERED AND ADJUDGED that Plaintiff L-Nutra, Inc.'s claims against Defendant Prevail Solutions, LLC are DISMISSED without prejudice for lack of personal jurisdiction.

This is a Final Judgment.

Dated: October 13, 2021

_____

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1